# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 07-7096**                                    **September Term, 2007**

**07cv00870**



Ann Powers,
    Appellant

    v.

Julian Sullivan, et al.,
    Appellees

**Filed On:**

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED   OCT 2 4 2007

CLERK

## ON APPEAL FROM THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**BEFORE:**   Ginsburg, Chief Judge, and Henderson and Kavanaugh, Circuit
Judges

## J U D G M E N T

This appeal was considered on the record from the United States District Court
for the District of Columbia and on the brief filed by appellant.  <u>See</u> Fed. R. App. P.
34(a)(2); D.C. Cir. Rule 34(j).  It is

**ORDERED AND ADJUDGED** that the district court's order filed May 9, 2007, be
affirmed.  The district court properly dismissed the complaint because its "factual
contentions are clearly baseless" and the action is frivolous.  <u>Neitzke v. Williams</u>, 490
U.S. 319, 327 (1989); 28 U.S.C. § 1915(e)(2)(B).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published.  The Clerk
is directed to withhold issuance of the mandate herein until seven days after resolution
of any timely petition for rehearing or petition for rehearing en banc.  <u>See</u> Fed. R. App.
P. 41(b); D.C. Cir. Rule 41.

**<u>Per Curiam</u>**

A True copy:

United States Court of Appeals
for the District of Columbia Circuit

By: _____ Deputy Clerk